IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GONZALO ACUNA,

      Petitioner,                No. CIV S-09-1538 KJM P

      vs.

A. HEDGEPETH,

      Respondent.             ORDER

_____/

      The undersigned hereby recuses herself from this action under the authority of 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings that may be appropriate or required and to make appropriate adjustment in the assignment of cases.

DATED: June 29, 2009.

                                U.S. MAGISTRATE JUDGE

2

acun1538.recuse